IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

**FILED**
SEP 10 2014
TIMOTHY M. O'BRIEN, Clerk
By_____ Deputy

UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
vs.                              )   Case No.   14-MJ-8188-TJJ
                                 )
MANUEL RAMIREZ-CUEVAS,           )
    a/k/a "Marino,"              )
            Defendant.           )

## CRIMINAL COMPLAINT

I, Jose Covarrubias, Jr., the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief, and establishes probable cause that the following offense has been committed:

### COUNT 1

On or about August 28, 2014, in the District of Kansas and elsewhere, the defendant,

**MANUEL RAMIREZ-CUEVAS,**
a/k/a "Marino,"

knowingly transferred a false identification document, knowing that such document was produced without lawful authority, in violation of Title 18, United States Code, Section 1028a(3).

I further state that I am a Special Agent with the Homeland Security Investigations (HSI), and this complaint is based on the following facts:

1

1. As a Special Agent with HSI, I have conducted investigations pertaining to various immigration violations including benefit fraud, document fraud, criminal alien investigations, human smuggling, narcotics, and firearms investigations. I am assigned to the Kansas City, Missouri office and have been so employed since November 12, 2006. I was previously an Immigration Enforcement Agent assigned to the Chicago, Illinois Field Office from September 3, 2006 until November 11, 2006. Prior to that I was a U.S. Customs and Border Protection Officer from September 24, 2000 until September 2, 2006 assigned to O'Hare International Airport, Chicago, Illinois.

2. In January 2014, HSI Kansas City with the assistance of the Social Security Administration, Office of Inspector General (SSA-OIG) initiated a fraudulent document investigation. In May 2014, a Hispanic male known as "MARINO" was identified as a source of supply of fraudulent documents. "MARINO" has now been positively identified as Manuel RAMIREZ-Cuevas.

3. On August 28, 2014, SSA-OIG SA Joseph Espinosa and I planned a controlled purchase of fraudulent documents from RAMIREZ-Cuevas, operating in the Kansas City, Kansas area. I instructed Maria GALAVIZ-Villa, a cooperating individual who has conducted controlled buys from RAMIREZ-Cuevas in the past, to contact RAMIREZ-Cuevas via text message. GALAVIZ-Villa contacted RAMIREZ-Cuevas via text message on that date to order fraudulent documents from him for customers who had contacted GALAVIZ-Villa requesting fraudulent documents. GALAVIZ-Villa sent RAMIREZ-Cuevas text messages containing the photographs and the biographical information for the fraudulent documents.

4. On August 28, 2014, at approximately 8:10 a.m., special agents Yoshikawa, Jones and myself arrived in the area of the Suntree Apartment complex near 1116 Suntree Lane, Kansas City, Kansas. RAMIREZ-Cuevas is known to enter the apartment complex through the door labeled "1116".

5. On the same date, at approximately 9:50 a.m., I observed RAMIREZ-Cuevas arrive at the Suntree Apartment complex driving a white Mazda Tribute. I observed RAMIREZ-Cuevas leave his vehicle and walk towards the building numbered "1116".

6. At approximately 10:30 a.m., SA Ditter and SA Espinosa met with GALAVIZ-Villa at a predetermined location. The purpose of the meeting was to arrange a meeting with RAMIREZ-Cuevas to pick up the fraudulent documents GALAVIZ-Villa had previously ordered. SA Espinosa provided GALAVIZ-Villa with $50.00 in pre-recorded government funds to purchase one fraudulent Permanent Resident card and one fraudulent Social Security card.

7. SA Ditter and SA Espinosa equipped GALAVIZ-Villa with electronic surveillance equipment capable of recording audio. GALAVIZ-Villa conducted a consensually monitored telephone call to RAMIREZ-Cuevas. GALAVIZ-Villa told RAMIREZ-Cuevas that she had received a request for another fake identification document and

asked RAMIREZ-Cuevas if he thought he would be able to have that one ready with the other ones. RAMIREZ-Cuevas said it would be a little bit later because it would take him time to make it. GALAVIZ-Villa said she only wanted to make one trip. RAMIREZ-Cuevas told GALAVIZ-Villa to send it and indicated he would have it to her by noon.

8. At approximately 10:50 a.m., GALAVIZ-Villa sent RAMIREZ-Cuevas text messages at telephone number (913)749-8872, with the biographical information and photograph for the documents being ordered utilizing pre-recorded government funds.

9. GALAVIZ-Villa was equipped with electronic surveillance equipment capable of recording audio in an effort to capture the details of the meeting between RAMIREZ-Cuevas and GALAVIZ-Villa. GALAVIZ-Villa remained under constant surveillance by Espinosa and Ditter from the predetermined meet location to the Sun Fresh grocery store, where RAMIREZ-Cuevas and GALAVIZ-Villa agreed to meet.

10. At approximately 11:35 a.m., Ditter and Espinosa established surveillance at the Sun Fresh. At approximately 11:42 a.m., GALAVIZ-Villa entered the Sun Fresh.

11. At approximately 11:45 a.m., special agents Yoshikawa and Jones walked into the building numbered "1116" located at 1116 Suntree Pl., Kansas City, KS, in an effort to observe the apartment that RAMIREZ-Cuevas would exit.

12. At approximately 12:04 p.m., SA Jones saw a man wearing the same clothing that RAMIREZ-Cuevas was observed wearing when RAMIREZ-Cuevas entered the building, exit one of the apartments on the third level. SA Jones observed who he believed to be RAMIREZ-Cuevas at the door, and appeared to be locking the door. SA Jones observed the man's face as he was walking down the stairway, and positively identified the man going down the stairs was RAMIREZ-Cuevas based on known pictures previously viewed of RAMIREZ-Cuevas. SA Jones verified the door number on the apartment RAMIREZ-Cuevas exited as "1604". At the same time, SA Yoshikawa was on the stairway between the first and second level of the same building and saw RAMIREZ-Cuevas coming down the stairway from the third level, and positively identified him as RAMIREZ-Cuevas. SA Jones verified the apartment number as 1604. At approximately 12:05 p.m., I observed RAMIREZ-Cuevas come outside through building "1116". RAMIREZ-Cuevas entered the white Mazda Tribute and departed the area.

13. I informed surveillance units that RAMIREZ-Cuevas was driving away in the white Mazda Tribute. SA Briseno, SA Kixmiller, and SA Gatrost were in the area to follow RAMIREZ-Cuevas to the meet location where RAMIREZ-Cuevas was to meet with GALAVIZ-Villa to deliver the fraudulent documents.

14. At approximately 12:15 p.m., SA Ditter and SA Espinosa observed RAMIREZ-Cuevas arrive at the Sun Fresh, park his vehicle and walk into the Sun Fresh. At approximately

12:17 p.m., SA's Ditter and Espinosa heard through electronic surveillance equipment, RAMIREZ-Cuevas and GALAVIZ-Villa meet. At approximately 12:24 p.m., SA's Ditter and Espinosa observed RAMIREZ-Cuevas exit the Sun Fresh. SA Kixmiller observed RAMIREZ-Cuevas get into the white Mazda Tribute and depart the area. At approximately 12:29 p.m., GALAVIZ-Villa exited the Sun Fresh.

15. At approximately 12:43 p.m., SA's Ditter and Espinosa met with GALAVIZ-Villa at a predetermined location. SA's Ditter and Espinosa maintained constant surveillance of GALAVIZ-Villa from the Sun Fresh to the predetermined meet location. SA Ditter recovered the electronic surveillance equipment from GALAVIZ-Villa. SA's Ditter and Espinosa viewed the documents GALAVIZ-Villa had just purchased from RAMIREZ-Cuevas. GALAVIZ-Villa obtained a total of fourteen fraudulent documents, namely five Permanent Resident Cards, six Social Security Cards, one Kansas identification card, and two Missouri non-driver licenses.

16. On September 4, 2012, agents executed a Federal search warrant at 1116 Suntree Place, Apartment 1604, Kansas City, Kansas. Agents located and seized numerous items used in the process of manufacturing fraudulent documents.

17. On September 4, 2012, agents administratively arrested RAMIREZ-Cuevas at his residence located at 2601 S. 28th St., Kansas City, KS. RAMIREZ-Cuevas admitted he was unlawfully in the United States. RAMIREZ-Cuevas was served with a Notice to Appear and charged pursuant to Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

18. Based upon my training and experience, information received from other law enforcement officers involved in this investigation and my direct observations, I believe that RAMIREZ-Cuevas knowingly and unlawfully violated Title 18 United States Code, Section 1028 (fraud and related activity in connection with identification documents, authentication features, and information).

Jose Covarrubias Jr., Special Agent
Homeland Security Investigations

Sworn to before me and subscribed in my presence this 10th day of September, 2014 in Kansas City, Kansas.

Honorable Teresa J. James
United States Magistrate Judge

4

## PENALTIES:

**PENALTIES**

Count One:   NMT 15 years imprisonment,
             NMT 3 years supervised release
             $250,000 fine,
             $100 special assessment